IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STEFANIE A. RODEN,

                                                                            ORDER

                Plaintiff,

                                                                     07-cv-698-bbc

     v.

AFSCME COUNCIL 24; MARTIN BEIL;
GARY MITCHELL; BOARD OF REGENTS
OF THE UNIVERSITY OF WISCONSIN-MADISON;
SANDRA GUTHRIE; and JANICE RICE,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In this civil action brought under the State Employment Labor Relations Act and Title VII of the Civil Rights Act, defendants Board of Regents of the University of Wisconsin-Madison, Sandra Guthrie and Janice Rice have moved to dismiss the case on several grounds including that plaintiff's suit is barred by the applicable statutes of limitations. In response to defendants' motion to dismiss, plaintiff filed a motion requesting permission to file an amended complaint, which she believed would cure any potential deficiencies. I denied plaintiff's request in an order dated March 3, 2008, because she had not submitted a proposed amended complaint with her motion. I told plaintiff also that it

1

is difficult to imagine how she might rewrite her complaint to cure a defect relating to the statutes of limitations governing her claims. Nevertheless, I granted plaintiff a short extension of time to file a response to the motion to dismiss. In addition, I told plaintiff that if she intended to defeat the motion by filing an amended complaint, she was to file such a complaint no later than March 13, 2008, the date her response was due.

Plaintiff has filed a response to the motion to dismiss but it is not accompanied by a proposed amended complaint. Instead plaintiff has filed a motion for reconsideration of the March 3 order or, in the alternative, for a stay of the case. Because plaintiff has advanced no persuasive reason for delaying the case further, plaintiff's motions will be denied. Once the court's calendar permits, I will decide defendants' motion to dismiss in light of her original complaint and the arguments raised in her opposition to that motion.

ORDER

IT IS ORDERED that plaintiff's motions for reconsideration of the March 3, 2008

order or, in the alternative, for a stay of the case (dkt. #16) are DENIED.

Entered this 26th day of March, 2008.

                              BY THE COURT:

                              /s/

                              _____
                              BARBARA B. CRABB
                              District Judge