# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

STEFANIE A. RODEN,

    Plaintiff,

v.

AFSCME COUNCIL 24; MARTIN BEIL;
GARY MITCHELL; BOARD OF REGENTS
OF THE UNIVERSITY OF WISCONSIN-MADISON;
SANDRA GUTHRIE and JANICE RICE,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 07-cv-698-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ Melissa Hardin
_____
by Deputy Clerk

_____5/13/08_____
Date